IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYLE CHATMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 12-CV-182-JHP |
| | ) |
| TROY BULLER, | ) |
| | ) |
|     Defendants. | ) |

**JUDGMENT**

Pursuant to the jury verdict rendered the 11th day of April, 2013, the Court enters judgment for the plaintiff, Darryle Chatman, and against the defendant, Troy Buller, on the following causes of action:

42 U.S.C. § 1983 — Unlawful Investigatory Detention Claim in the amount of one dollar ($1.00);

42 U.S.C. § 1983 — Unlawful Arrest Claim in the amount of twenty thousand dollars ($20,000.00); and

42 U.S.C. § 1983 –- Excessive Force Claim in the amount of ten thousand dollars ($10,000.00).

**IT IS SO ORDERED this 22nd day of April, 2013.**

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

1